UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ANDREW DAVIS,<br><br>Petitioner,<br><br>v.<br><br>STEWARD SHERMAN,<br><br>Respondent. | No. 2: 18-cv-2245 KJN P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

Petitioner alleges that on October 17, 2016, while housed at Mule Creek State Prison ("MCSP"), he was found eligible for parole. Following petitioner's transfer to the California Substance Abuse Treatment Facility ("CSATF") in Corcoran, California, petitioner alleges that Board of Parole Hearings ("BPH") representatives wrongly "removed" his parole eligibility.

Petitioner is presently incarcerated at the CSATF. The district of confinement is the "proper forum" for a challenge to a denial of parole. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). CSATF is in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

////
////

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: September 5, 2018

davi2245.109

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE